IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| WURTH USA, INC., | § | |
| Plaintiff, | § § § | |
| v. | § | Case No. 6:22-cv-127-JDK |
| JAMES MATLOCK, et al., | § § § | |
| Defendants. | § § § | |

## ORDER OF DISMISSAL

Before the Court is the parties' stipulation of dismissal with prejudice (Docket No. 8). Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all pending claims in this case are **DISMISSED** with prejudice.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **11th** day of **March, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE